UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

**WISCONSIN MASONS PENSION FUND,**
**WISCONSIN MASONS HEALTH CARE FUND,**
**WISCONSIN MASONS APPRENTICESHIP &**
**TRAINING FUND, and GARY BURNS**
**(in his capacity as Trustee),**

**BRICKLAYERS AND ALLIED CRAFTWORKERS**
**DISTRICT COUNCIL OF WISCONSIN,**

                **Plaintiffs,**

  v.                                                                        Case No. 19-cv-561

**BEST BRICKWASHING, LLC,**

                **Defendant.**

_____

**NOTICE OF VOLUNTARY DISMISSAL**
_____

Based upon Defendant's compliance with Plaintiffs' audit requests that serve as the basis for injunctive relief sought in the matter, Plaintiffs hereby voluntarily dismiss the above-entitled action without prejudice pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P.

Dated this 8th day of October, 2019.

                                              s/Philip E. Thompson
                                              Philip E. Thompson (SBN: 1099139)
                                              The Previant Law Firm, S.C.
                                              310 West Wisconsin Avenue, Suite 100 MW
                                              Milwaukee, WI 53203
                                              414-203-0514 (Telephone)
                                              414-271-6308 (Fax)
                                              Email: pet@previant.com

                                              Attorney for Plaintiffs